

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GDA:gda
F.#2000R02720

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2010

**BY ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Salvatore Vitale
             Criminal Docket No. 02-307 (NGG)

Dear Judge Garaufis:

      In the above entitled matter, the government does not oppose the application to unseal its September 9, 2010 motion for a downward departure pursuant to Title 18, United States Code, Section 3553(e) and Section 5K1.1 of the Sentencing Guidelines. The government notes, however, that in doing so, it departs from the standard policy of this Office to file and maintain such documents under seal.  Here we do not object to the unsealing in light of the repeated public testimony of the defendant Vitale in this Court and others, over a considerable period of time, and in light of the fact that additional security measures have been instituted to prevent any danger to the defendant.  And finally, perhaps most importantly, the motion at issue was drafted with an understanding that disclosure was likely.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

                By:     /s/
                          Greg Andres
                          Assistant U.S. Attorney

cc:  Brian Waller, Esq.
     (Attorney for the defendant Vitale)