# SIMON & PARTNERS LLP
THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS
ANDRIA J. BOUSKOS

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

October 28, 2010

<u>Via ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  U.S. v. Salvatore Vitale, et. al.
     <u>02-cr-0307 (NGG)</u>

Dear Judge Garaufis:

We represent defendant Salvatore Vitale in the above referenced matter. Mr. Vitale is scheduled to be sentenced on October 29, 2010. On October 25, 2010, we filed a sentencing letter on Mr. Vitale's behalf under seal. In anticipation of a request to unseal our submission, and in light of the recent unsealing of the government's September 9, 2010 motion for a downward departure pursuant to 18 U.S.C. § 3553(e) and Section 5K1.1 of the Sentencing Guidelines, we are hereby filing our sentencing letter via ECF with limited redactions of certain intimate and sensitive information to protect Mr. Vitale's family.

Respectfully submitted,

Brian D. Waller

cc: AUSA Greg Andres